# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | §   Case Number: EP:20-M -02742(1) |
| | § |
| (1) RICARDO ORTIZ | § |

## ORDER SETTING PRELIMINARY / DETENTION HEARING

IT IS ORDERED that the above entitled and numbered case is set for a PRELIMINARY / DETENTION HEARING on July 23, 2020 at 08:30 am before United States Magistrate Judge Anne T. Berton. *The hearing will be held by VIDEO ZOOM CONFERENCE.*

**The link for the video conference will be forwarded to you no later than twenty-four hours before the scheduled hearing. Please click on the link at the scheduled time of the hearing on your smart phone or tablet to join the video conference.** Contact the Court's Judicial Assistant, Terry Hernandez, at Terry_Hernandez@txwd.uscourts.gov, or Courtroom Deputy, Cecie Rodriguez, at Cecie_Rodriguez@txwd.uscourts.gov, with any questions and for any further instructions.

IT IS FURTHER ORDERED that the Clerk of the Court shall send this order to counsel for Defendant, the United States Attorney, the Pretrial Service Office, and United States Probation Office. Counsel for the defendant shall notify the Defendant of this setting.

IT IS SO ORDERED this 21st day of July, 2020.

_____
**ANNE T. BERTON**
**UNITED STATES MAGISTRATE JUDGE**

WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | NO: EP:20-M -02742(1)  ATB |
| | § | |
| (1) RICARDO ORTIZ | § | |

**WAIVER OF PRELIMINARY HEARING**
**AND/OR DETENTION HEARING**
**(Rule 5 or 32.1, Fed.R.Crim.P.)**

**PRELIMINARY HEARING**

I, (1) RICARDO ORTIZ, charged in a complaint pending in this District, and having appeared before this Court and been advised of my rights as required by Rule 5 or 32.1, Fed.R.Crim.P., including my right to have a preliminary hearing, I have been advised that at a preliminary hearing, the government will be required to provide evidence to support the charges pending against me. Now, appearing with the benefit of counsel I, do hereby waive (give up) my right to a preliminary hearing.

Yo, (1) RICARDO ORTIZ, el inculpado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliendo con el reglamento 5 o 32.1 de los Reglamentos de Procedimientos Penales Federales, por este medio renuncio (abandono) a mi derecho a una audiencia preliminar.

**07/21/2020**
Date/Fecha

**(1) RICARDO ORTIZ,**
Defendant/Acusado

**DETENTION HEARING**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for trial. I have discussed this right with counsel, and I hereby waive (give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza, el juez recibirá las pruebas para poder determinar si seguiré detenido sin fianza o si me fijarán fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a jucio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

**07/21/2020**
Date/Fecha

**(1) RICARDO ORTIZ,**
Defendant/Acusado

**John L. Williams,**
COUNSEL FOR DEFENDANT
Abogado Del Acusado